## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Richard Dutch

                        Plaintiff,

v.                                                     Case No.: 1:16−cv−06114
                                                           Honorable Joan B. Gottschall

NGK Spark Plug Co., LTD

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1) (A)(ii) [18], this action is dismissed with prejudice. All parties to bear their own costs and attorneys' fees. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.